**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| FOUR BROTHERS INVESTMENT LLC<br><br>    Plaintiff(s),<br>v.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY<br><br>    Defendant(s). | Case No.: 4:25-CV-01189-CDP |

**PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

**I. Introduction and Procedural History**

This action is coordinated for management purposes with Four Brothers Investment LLC v. Acuity, A Mutual Insurance Company, Case No. 4:25-CV-01189-CDP. Both cases involve commercial property insurance claims arising from similar facts.

Under the Court's Case Management Order entered on September 22, 2025 (Doc. #21), the current deadline for the completion of all discovery is June 1, 2026. The current deadline for filing dispositive motions is July 1, 2026, and the trial is set on a two-week jury docket beginning Monday, November 16, 2026.

Plaintiff has acted with utmost diligence to complete discovery within the prescribed timeframe. All expert disclosures have been completed. However, despite Plaintiff's persistent and good-faith efforts, several critical depositions remain outstanding because of scheduling difficulties and Defendant's delay in providing witness availability. Accordingly, Plaintiff

respectfully requests a sixty (60) day extension of the remaining deadlines to complete this necessary discovery.

## II. Good Cause and Exceptional Circumstances Exist for an Extension

Pursuant to Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified upon a showing of good cause. The primary measure of "good cause" is the moving party's diligence in attempting to meet the order's requirements. Good cause is amply demonstrated here.

### A. Defendant's Non-Responsiveness to Scheduling Requests

Plaintiff has repeatedly sought to depose key representatives and fact witnesses of Defendant Acuity, including:

1      Acuity's Corporate Representative designated pursuant to Fed. R. Civ. P. 30(b)(6);

2      Matt Friedl;

3      Amy Pacoe; and

4      Nik Newgard.

Plaintiff's counsel has made at least four separate, documented, good-faith attempts to coordinate mutually agreeable dates for these depositions. Specifically, Plaintiff sent written requests and follow-ups on April 23, April 24, May 6, and May 18, 2026. See attached as Exhibit A.

On May 18, 2026, Plaintiff sent formal letters to defense counsel demanding deposition dates within three business days to avoid motion practice. Despite these repeated and urgent inquiries, Defendant has failed to provide available dates for its witnesses. Because of Defendant's non-responsiveness and the expiration of the discovery deadline on June 1, 2026, Plaintiff has been prejudiced in its ability to complete discovery.

**B. The Uncompleted Deposition of Engineer Joshua Hartsock**

The parties scheduled back-to-back Zoom depositions of Defendant's engineering expert, Joshua Hartsock of Rimkus, to take place on May 18, 2026. Mr. Hartsock performed inspections and authored reports for both coordinated cases.

Due to the volume of technical evidence and severe time constraints, the parties spent the entire allotted session conducting and completing the deposition for Case No. 4:25-CV-01189-CDP. The parties were unable to begin or complete Mr. Hartsock's deposition for the instant case, Case No. 4:25-CV-00864-CDP (which concerns the Florissant property).

A continuation is absolutely necessary to complete Mr. Hartsock's deposition for the instant case. Defense counsel has acknowledged this necessity in correspondence dated May 27, 2026, but the deposition cannot be taken without an extension of the discovery deadline.

### III. Proposed Schedule

To accommodate the completion of the remaining depositions, Plaintiff proposes a sixty (60) day extension of the discovery deadline, with a corresponding extension of the dispositive motion and briefing deadlines as set forth below:

| Case Milestone | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| All Discovery Completed | June 1, 2026 | July 31, 2026 |
| Dispositive Motions Filed | July 1, 2026 | August 31, 2026 |
| Opposition Briefs Due | July 31, 2026 | September 30, 2026 |
| Reply Briefs Due | August 17, 2026 | October 19, 2026 |

Plaintiff does not anticipate that this brief extension will impact the trial date of November 16, 2026. However, to the extent the Court believes a trial postponement is necessary to accommodate the revised briefing schedule, Plaintiff respectfully requests that the trial be rescheduled to the next available docket in early 2027.

### IV. Certification of Conference

Pursuant to Local Rule 3.04, the undersigned certifies that Plaintiff's counsel has conferred in good faith with defense counsel, James R. Jarrow, on June 1, 2026, regarding the extension of these deadlines. Defendant's position on this motion is pending at the time of filing.

### V. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and enter an order extending the discovery and dispositive motion deadlines as proposed herein.

Dated: June 1, 2026

Respectfully submitted,

NATIONAL INSURANCE ADVOCATES, LLP
By: */s/ Erik Barnard, Esq.*
Erik Barnard, #110327FL
6619 S Dixie Hwy. #363
Miami, FL 33143
Telephone: 833-701-4110
Email: service@nia.law
Email: erik@nia.law

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2026, a true and correct copy of the

foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which

will automatically send electronic notification of such filing to all counsel of record, including:

BAKER STERCHI COWDEN & RICE, LLC

James R. Jarrow MO #38686
Samantha R. Patterson MO #72958
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
(816) 471- 2121 Phone
(816) 472-0288 Fax
jarrow@bakersterchi.com
samantha.patterson@bakersterchi.com

ATTORNEYS FOR DEFENDANT

*/s/ Erik Barnard, Esq.*
Erik Barnard