UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FOUR BROTHERS                )
INVESTMENT LLC,              )
                             )
        Plaintiff,           )
                             )
v.                           )        Case No.:  4:25-cv-01189-CDP
                             )
ACUITY A MUTUAL INSURANCE    )
COMPANY,                     )
                             )
        Defendant.           )

## MOTION TO CONTINUE JUNE 5, 2026, TELEPHONE CONFERENCE

Defendant Acuity, A Mutual Insurance Company ("Defendant"), by and through counsel, moves the Court to continue and reset the June 5, 2026, 11:00 a.m. phone conference that was noticed today.  In support of its Motion, Defendant states the following:

1.      Defendant conferred with counsel for Plaintiff Erik Barnard today by phone on the afternoon of June 2, 2026 and Plaintiff's counsel does not oppose the requested extension. Defense counsel hereby certifies he has complied with Local Rule 3.04.

2.      Both Mr. Barnard and Mr. Jarrow have availability on Monday, June 8, 2026 for the hearing if the Court has availability.

3.      Defense counsel is already engaged during the morning of June 5.  Specifically, Counsel has signed up and paid for a CLE requirement to complete this period's CLE requirements, and as this Court is aware the compliance period ends in June 30 making it important for Defense counsel to attend.

4.      This request will not prejudice any party, is the first such request, and is not made for vexatious or delay purposes.

WHEREFORE, for the above stated reasons, Defendant Acuity, A Mutual Insurance Company moves the Court to continue the June 5, 2026 phone conference to a mutually convenient date for the Court and the parties, and for such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ James R. Jarrow*

James R. Jarrow           MO #38686
Samantha R. Patterson      MO #72958
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
(816) 471- 2121 / (816) 472-0288 Fax
jarrow@bakersterchi.com
samantha.patterson@bakersterchi.com
*ATTORNEYS FOR DEFENDANT*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was electronically filed with the Court causing a copy to be served via electronic mail on this 2nd day of June, 2026 to all counsel of record.

*/s/ James R. Jarrow*

2