UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FOUR BROTHERS INVESTMENT LLC,   )
                                )
      Plaintiff,               )
                                )
      v.                       )        Case No. 4:25 CV 864 CDP
                                )        and No. 4:25 CV 1189 CDP
ACUITY, A MUTUAL INSURANCE      )
COMPANY,                        )
                                )
      Defendants.              )

## ORDER

**IT IS HEREBY ORDERED** that Defendant's motions [37 in case no. 4:25 CV 864 CDP and 36 in case no. 4:25 CV 1189 CDP] are granted and the **Telephone Conference** in the above cases to discuss the scheduling and the plaintiff's request to extend the deadlines is **reset** from Friday, June 5, 2026 at 11:00 a.m. **to <u>Monday, June 8, 2026 at 11:30 a.m.</u> The conference will be held via audio on Zoom.gov.** Counsel are directed to join the **audio only** conference by dialing:  **1-669-254-5252**, then enter the Meeting ID: **160 670 3965**.

Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge.  This includes proceedings ordered by the Court to be conducted by phone or video.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of June, 2026.